**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JOSE SARABIA, et al.                                                                                    PLAINTIFFS

v.                                              NO. 4:13-cv-00096-JM

CONAGRA FOODS PACKAGED FOODS LLC                                              DEFENDANT

## ORDER OF DISMISSAL

On January 30, 2014, this matter was consolidated with case number 4:12-cv-00245, and all future filings were directed to be filed in the lead case. The lead case was dismissed with prejudice on August 30, 2017. Therefore, the above referenced consolidated case is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE